Local Form 3015-1 (05/19)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
**Brandon Michael Lee**
**Jasmine Shania Lee**

Case No. **20-40359**
CHAPTER 13 PLAN ☑ Modified
Dated: **July  30, 2020**

Debtor.
In a joint case, debtor means debtors in this plan.

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE: Debtor must check the appropriate boxes below to state whether or not the plan includes each of the following items:**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 9 or 17 | ☑ Included | ☐ Not included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 17 | ☐ Included | ☑ Not included |
| 1.3 | Nonstandard provisions, set out in Part 17 | ☑ Included | ☐ Not included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE**

2.1  As of the date of this plan, the debtor has paid the trustee $ **1,800.00** .
2.2  After the date of this plan, the debtor will pay the trustee $ **900.00** per **Month** for **55** months, **beginning in August 2020**, for a total of $ **49,500.00** . The initial plan payment is due not later than 30 days after the order for relief.
2.3  The minimum plan length is ☑ 36 months or ☐ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
2.4  The debtor will also pay the trustee **$900 in September, 2021 and $900 in September, 2022**.
2.5  The debtor will pay the trustee a total of $ **53,100.00** [lines 2.1 + 2.2 + 2.4]

**Part 3. PAYMENTS BY TRUSTEE** — The trustee will pay from available funds only to creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **5,310.00** [line 2.5 x .10]

**Part 4. ADEQUATE PROTECTION PAYMENTS (§ 1326(a)(1(C))** — The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| | Creditor | Monthly Payment | Number of payments | Total Payments |
|---|---|---|---|---|
| 4.1 | Credit Acceptance | $108.00 | 2 | $216.00 |
| | TOTAL | | | $216.00 |

**Part 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** — The debtor assumes the following executory contracts or unexpired leases. Debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 8.

| | Creditor | Description of Property |
|---|---|---|
| 5.1 | Douglas Bergquist | Month-to-Month Residential Lease |
| 5.2 | Verizon | Cell Phone Contract |

**Part 6. CLAIMS NOT IN DEFAULT** — Payments on the following claims are current and the debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any.

| | Creditor | Description of Property |
|---|---|---|
| | -NONE- | |

**Part 7. HOME MORTGAGES IN DEFAULT (§§ 1322(b)(5) and 1322(e))** — The trustee will cure payment defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens. **All following entries are estimates.** The trustee will pay the actual amounts of default.

| | Creditor | Amount of default | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|
| | -NONE- | | | | | |
| | TOTAL | | | | | $0.00 |

**Part 8. CLAIMS IN DEFAULT (§§ 1322 (b)(3) and (5) and 1322(e)):** The trustee will cure payment defaults on the following claims as set forth below. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any. **All following entries are estimates, except for interest rate.**

| | Creditor | Amount of default | Interest rate (if any) | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|---|
| | **-NONE-** | | | | | | |
| | TOTAL | | | | | | **$0.00** |

**Part 9. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5)) (secured claim amounts in this Part control over any contrary amount except for secured claims of govern-mental units):** The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column below. Unless otherwise specified in Part 17, the creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge, and if this case is dismissed or converted without completion of the plan, such liens shall also be retained by such holders to the extent recognized by applicable nonbankruptcy law. **Notwithstanding a creditor's proof of claim filed before or after confirmation, the amount listed in this Part as a creditor's secured claim binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim.** For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with FRBP 3012(c) controls over any contrary amount.

| | Creditor | Claim amount | Secured Claim | Int. rate | Beginning in month # | Monthly payment | X Num of pmts. | = Plan pmts | + Adq. Pro. from Part 4 | Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 9.1 | **Credit Acceptance** | $16,832.44 | $10,818.00 | 6 | 3 | $ 216.36 | 57 | $12,332.40 | $216.00 | $12,548.40 |
| | TOTAL | | | | | | | | | **$12,548.40** |

**Part 10. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value)(allowed secured claim controls over any contrary amount):** The trustee will pay in full the amount of the following allowed secured claims. **All following entries are estimates, except for interest rate.** The creditors will retain liens. Unmodified 910 claims not in default are addressed in Part 6. Unmodified 910 claims in default are addressed in Part 8.

| | Creditor | Claim amount | Int. rate | Beginning in month # | Monthly payment | X Num of pmts | = Plan payments | + Adq. Pro. from Part 4 | Total payments |
|---|---|---|---|---|---|---|---|---|---|
| 10.1 | **Big Tyme Collision** | $3,514.00 | 0 | 1 | $59.56 | 59 | $3,514.00 | $0.00 | $3,514.00 |
| 10.2 | **Big Tyme Collision** | $1,750.00 | 0 | 1 | $29.67 | 59 | $1,750.00 | $0.00 | $1,750.00 |
| 10.3 | **Davis Motors, Inc** | $13,145.92 | 0 | 1 | $222.82 | 59 | $13,145.92 | $0.00 | $13,145.92 |
| 10.4 | **Pawn America** | $551.50 | 5 | 1 | $49.59 | 12 | $595.04 | $0.00 | $595.04 |
| | TOTAL | | | | | | | | **$19,004.96** |

**Part 11. PRIORITY CLAIMS (not including claims under Part 12):** The trustee will pay in full all claims entitled to priority under § 507(a)(2) through (a)(10), including the following. **The amounts listed are estimates.** The trustee will pay the amounts actually allowed.

| | Creditor | Estimated Claim | Monthly payment | Beginning in Month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|
| 11.1 | **Attorney Fees** | $3,000.00 | $198.00 | 1 | 16 | $3,000.00 |
| 11.2 | **Internal Revenue Service** | $933.47 | Pro rata | Pro rata | Pro rata | $933.47 |
| 11.3 | **MN Dept of Revenue** | $1,172.00 | Pro rata | Pro rata | Pro rata | $1,172.00 |
| | TOTAL | | | | | **$5,105.47** |

**Part 12. DOMESTIC SUPPORT OBLIGATION CLAIMS:** The trustee will pay in full all domestic support obligation claims entitled to priority under § 507(a)(1), including the following. **The amounts listed are estimates.** The trustee will pay the amounts actually allowed.

| | Creditor | Estimated Claim | Monthly payment | Beginning in Month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|
| 12.1 | **Mn Child Support / Mc Leod County** | $1,227.32 | $34.10 | 1 | 36 | $1,227.32 |
| | TOTAL | | | | | **$1,227.32** |

**Part 13. SEPARATE CLASSES OF UNSECURED CLAIMS** — In addition to the class of unsecured claims specified in Part 14, there shall be separate classes of non-priority unsecured creditors described as follows:  **-NONE-**
The trustee will pay the allowed claims of the following creditors. **All entries below are estimates.**

| Creditor | Estimated claim | Interest Rate (if any) | Monthly Payment | Beginning in Month # | Number of Payments | Total payments |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |
| TOTAL | | | | | | **$0.00** |

**Part 14. TIMELY FILED UNSECURED CLAIMS** — The trustee will pay holders of non-priority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under Parts 3, 7, 8, 9, 10, 11, 12 and 13 their pro rata share of approximately $ **2,313.68**  [line 2.5 minus totals in Parts 3, 7, 8, 9, 10, 11, 12 and 13].

14.1    The debtor estimates that the total unsecured claims held by creditors listed in Part 9 are $ **6,014.44** .

14.2    The debtor estimates that the debtor's total unsecured claims (excluding those in Part 9 and 13) are $ **111,798.86** .

14.3    Total estimated unsecured claims are $ **117,813.30**  [lines 14.1 + 14.2].

**Part 15. TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 4, 7, 8, 9, 10, 11, 12, 13 and 14, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed.

**Part 16. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under §§ 362(a) and §§ 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| Creditor | Description of Property (including complete legal description of real property) |
|---|---|
| -NONE- | |

**Part 17. NONSTANDARD PROVISIONS:** The Trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in FRBP 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void. Any request by the debtor to modify a claim secured only by a security interest in real property that is the debtor's principal residence must be listed in this Part and the debtor must bring a motion to determine the value of the secured claim pursuant to Local Rule 3012-1(a).

| 17.1 | **Pawn America: Creditor will release possession of the wedding ring and lawn mower upon confirmation of the plan.**<br><br>**Debtors shall not oppose CVI SGP claiming a purchase money security interest in and to household furnishings, from availing itself of its legal remedies under the Bankruptcy Code, namely, the submission of an application for relief from stay under 11 U.S.C. Sec. 362. Upon appropriate court order regarding relief from the automatic stay provisions of 11 U.S.C. Sec. 362, debtors shall not oppose CVI SGP from availing itself of any applicable state law remedies it believes are available to it.**<br><br>**Credit Acceptance, Big Tyme Collision, Pawn America and Davis Motors, Inc.: Creditor(s) will release liens upon payment of the secured portion of the creditor's claim and debtor's discharge.**<br><br>**Claims filed as secured but for which the plan makes no express provision shall be paid as unsecured claims as set forth in Part 14 above.**<br><br>**A proof of claim may be filed by the Internal Revenue Service (IRS) for a claim against the debtor(s) for taxes that become payable to the IRS post-petition, limited to only the tax year for which the bankruptcy case was filed. The trustee shall pay such claim as submitted as funds are available pursuant to 11 U.S.C. Statute 1305.**<br><br>**The debtor shall send the Trustee each year during the Chapter 13 Plan, copies of his/her federal and state income tax returns at the time they are filed.  If the debtor receives a refund from the federal taxing agency but owes the state taxing agency (or vice-versa), the debtor will net the two out and pay the trustee the amount over $1,200 for a single filer, or $2,000 for a joint filer (not including any Earned Income Credit or Working Family Credit). Any additional amounts shall be turned over to the Chapter 13 trustee as additional plan payments.**<br><br>**APPROVAL NOT REQUIRED TO INCUR POST PETITION DEBT. Approval by the bankruptcy court, or Chapter 13 trustee, shall not be required prior to debtor incurring ordinary consumer debt while this case is pending. Letters of approval will not be provided by the Chapter 13 trustee and one is not needed for debtor to incur post-petition ordinary consumer debt in Minnesota. All parties in interest retain all rights regarding the treatment of this debt in future modified plans and motions to confirm such plans.** |
|---|---|

|   |   |
|---|---|
| | **Upon the granting of relief from the automatic stay, the trustee shall cease payments on account of the secured portion of the applicable claim.  For any claim arising from the granting of relief from the automatic stay, surrender, foreclosure, repossession, or return of any collateral to any creditor listed in Parts 5, 6, 7, 8, 9, 10, 16 or Non-standard provisions, for any reason, including plan modification, the trustee shall pay such claim as a general unsecured claim upon amendment of the applicable claim.  Any alleged balance of any claim to such creditor shall be discharged upon the debtor(s) receiving a discharge in this case.**  **All secured creditors being paid direct (outside the Chapter 13 plan) on the plan shall, upon confirmation of the plan, send debtor(s) monthly statements and are authorized to speak to debtor about post-petition payments.** |
| **17.2** | |

| Class of Payment | | Amount to be paid |
|---|---|---:|
| Payments by trustee [Part 3] | $ | **5,310.00** |
| Home mortgages in Defaults [Part 7] | $ | **0.00** |
| Claims in Default [Part 8] | $ | **0.00** |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 9] | $ | **12,548.40** |
| Secured claims excluded from § 506 [Part 10] | $ | **19,004.96** |
| Priority Claims [Part 11] | $ | **5,105.47** |
| Domestic support obligation claims [Part 12] | $ | **8,817.49** |
| Separate classes of unsecured claims [Part 13] | $ | **0.00** |
| Timely filed unsecured claims [Part 14] | $ | **2,313.68** |
| TOTAL (must equal line 2.5) | $ | **53,100.00** |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 17.

Signed:   **/s/ William P. Kain**
         **William P. Kain 143005**
         Attorney for debtor or debtor if pro se

Signed:   **/s/ Brandon Michael Lee**
         **Brandon Michael Lee**
         Debtor 1

Signed:   **/s/ Jasmine Shania Lee**
         **Jasmine Shania Lee**
         Debtor 2 (if joint case)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:  Case No: 20-40359

Brandon Michael Lee
Jasmine Shania Lee,

      Debtors.

---

**NOTICE OF CONFIRMATION HEARING**

PLEASE TAKE NOTICE that the Confirmation Hearing on the Chapter 13 Plan is scheduled on August 20, 2020 at 10:00 a.m., U.S. Bankruptcy Court, U.S. Courthouse, Courtroom 8 West, 8th Floor, 300 S 4th Street, Minneapolis, Minnesota.

Any objection to the modified plan shall be filed and served not later than 24 hours prior to the time and date set for the confirmation hearing.

Dated this 30th day of July, 2020.

                                        KAIN & SCOTT, P.A.

                                      /e/ WILLIAM P. KAIN - #143005
                                      Attorney for Debtors
                                      13 Seventh Avenue South
                                      St. Cloud, Minnesota 56301
                                      (320) 252-0330
                                      wkain@kainscott.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:   Case No. 20-40359

Brandon Michael Lee
Jasmine Shania Lee,

        Debtors.

---

**UNSWORN CERTIFICATE OF SERVICE**

---

    I, Sonja K. Quaintance, declare under penalty of perjury that on July 30, 2020, I caused to be served the Notice of Confirmation Hearing and Modified Chapter 13 Plan via the CM/ECF system to those parties requesting electronic notification and upon all parties in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail.

Dated: July 30, 2020　　　　　　　　　　　　　　　/e Sonja K. Quaintance
　　　　　　　　　　　　　　　　　　　　　　　　Sonja K. Quaintance
　　　　　　　　　　　　　　　　　　　　　　　　Kain & Scott, P.A.

ACCOUNT LIQUIDATION SE
ATTN: BANKRUPTCY DEPT
304 WEST WATER STREET
DECORAH IA 52101

ACCOUNT LIQUIDATION SE
ATTN: BANKRUPTCY DEPT
PO BOX 174
DECORAH IA 52101

ACCOUNT LIQUIDATION SERVICES
PO BOX 174
DECORAH IA 52101

ACMC
PO BOX 1318
WILLMAR MN 56201

ADVANTAGE COLLECTION
PROFESSIONALS
ATTN: BANKRUPTCY
PO BOX 353
CAMBRIDGE MN 55008

ALLINA HEALTH
PO BOX 77008
MINNEAPOLIS MN 55480

ALOMERE HEALTH
111 7TH AVE E
ALEXANDRIA MN 56308

AT&T
ATTN: BANKRUPTCY DEPT
4331 COMMUNICATIONS DR, FLR 4W
DALLAS TX 75211

AVERA
PO BOX 860437
MINNEAPOLIS MN 55486

BIG TYME COLLISION
832 PARKER AVE W
DASSEL MN 55325

BONDED COLLECTORS OF WI, INC.
PO BOX 83
PORTAGE WI 53901

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS CA 91411

CAINE & WEINER
PO BOX 55848
SHERMAN OAKS CA 91413

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130

CCS
CHECK PROCESSING CENTER
PO BOX 55126
BOSTON MA 02205-5126

CDI
PO BOX 1450 NW 6035
MINNEAPOLIS MN 55485-5076

CENTRAL CREDIT SERVICES
PO BOX 1850
SAINT CHARLES MO 63302

CENTRAL PORTFOLIO CONTROL INC
10249 YELLOW CIRCLE DRIVE
SUITE 200
MINNETONKA MN 55343

CERTIFIED RECOVERY
PO BOX 808
EAU CLAIRE WI 54702

CHECK COLLECTION SPECIALIST
PO BOX 5055
BRAINERD MN 56401

CITIBANK
PO BOX 78045
PHOENIX AZ 85062

COLLECTION BUREAU OF LITTLE FALLS
PO BOX 246
LITTLE FALLS MN 56345

COLLECTION RESOURCES
PO BOX 2270
SAINT CLOUD MN 56302-2270

COMENITY BANK/VICTORIA SECRET
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218

COMPLETE PAYMENT RECOVERY SERV
PO BOX 30184
TAMPA FL 33630

CONSULTING RADIOLOGIST
PO BOX 77057
MINNEAPOLIS MN 55480

CONVERGENT OUTSOURCING, INC
800 SW 39TH ST #100
PO BOX 9004
RENTON WA 98057

CREDIT ACCEPTANCE
25505 WEST 12 MILE RD
SUITE 3000
SOUTHFIELD MI 48034

CREDIT BUREAU DATA
PO BOX 2288
LA CROSSE WI 54602

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS NV 89193

| | | |
|---|---|---|
| CREDIT SERVICE, INC.<br>POB 60566<br>OKLAHOMA CITY OK 73146 | CREDIT SERVICE, INC.<br>ATTN: BANKRUPTCY<br>2519 N. W 23RD ST. STE 204<br>OKLAHOMA CITY OK 73107 | CREDIT SERVICES INTERNATIONAL<br>512 2ND STREET STE #12<br>HUDSON WI 54016 |
| CREDITOR ADVOCATES, INC.<br>1551 SOUTHCROSS DR W, STE C<br>BURNSVILLE MN 55306 | CRS<br>5782 BLACKSHIRE PATH STE B<br>INVER GROVE HEIGHTS MN 55076 | CYBRCOLLECT<br>3 EASTON OVAL<br>SUITE 210<br>COLUMBUS OH 43219 |
| DASSEL DENTAL<br>430 2ND ST<br>PO BOX 128<br>DASSEL MN 55325 | DAT<br>PO BOX 3801<br>PO BOX 783801<br>PHILADELPHIA PA 19178 | DAVIS MOTORS, INC<br>1005 N SIBLEY AVE<br>LITCHFIELD MN 55355 |
| DIRECT TV<br>PO BOX 5007<br>CAROL STREAM IL 60197-5007 | DIVERSIFIED ADJUSTMENT<br>PO BOX 32145<br>MINNEAPOLIS MN 55432 | DIVERSIFIED CONSULTANT<br>PO BOX 551268<br>JACKSONVILLE FL 32255 |
| DM CHECK SERVICE<br>PO BOX 1851<br>SALINA KS 67402 | DS ERICKSON<br>920 2ND AVE S SUITE 800<br>MINNEAPOLIS MN 55402 | EAST CENTRAL ENERGY<br>412 N MAIN<br>PO BOX 39<br>BRAHAM MN 55006-0039 |
| EOS CCA<br>PO BOX 981025<br>BOSTON MA 02298-1025 | FCI FIRST COLLECTIONS<br>PO BOX 13225<br>GRAND FORKS ND 58208-3225 | FIRST PREMIER BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS SD 57117 |
| FIRSTSOURCE ADVANTAGE<br>PO BOX 628<br>BUFFALO NY 14240-0628 | FMC, INC<br>PO BOX 707600<br>TULSA OK 74170 | FRIENDLY DENTAL<br>1316 MCMILLAN ST<br>WORTHINGTON MN 56187 |
| GENESIS FS CARD SERVICES<br>PO BOX 4480<br>BEAVERTON OR 97076 | GOLD CROSS AMBULANCE<br>PO BOX 860193<br>MINNEAPOLIS MN 55486 | GUARDIAN LIFE INSURANCE<br>PO BOX 207223<br>DALLAS TX 75320 |
| H&R BLOCK<br>720 CENTURY AVE SW STE 101<br>HUTCHINSON MN 55350 | HAUGE ASSOC<br>PO BOX 88610<br>2320 W 49TH STREETH<br>SIOUX FALLS SD 57105 | HOWARD LAKE MINI STORAGE<br>PO BOX 1<br>BECKER MN 55308 |
| HUTCHINSON HEALTH<br>1095 HIGHWAY 15 S<br>HUTCHINSON MN 55350 | I C SYSTEM INC<br>ATTN: BANKRUPTCY<br>PO BOX 64378<br>ST PAUL MN 55164 | IC SYSTEM<br>PO BOX 64378<br>SAINT PAUL MN 55164 |

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFFERSON CAPITAL SYSTEM
16 MCLEAND ROAD
SAINT CLOUD MN 56303

KAY JEWLERS
375 GHENT ROAD
FAIRLAWN OH 44333-4601

KWIK TRIP/KWIK STAR STORES
PO BOX 1597
LA CROSSE WI 54602

LAKEVIEW CLINIC
424 HIGHWAY 5 WEST
WACONIA MN 55387-1795

LAKEWOOD HEALTH
49725 COUNTY 83
STAPLES MN 56479

LVNV FUNDING/RESURGENT CAPITAL
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603

MAYO CLINIC AMBULANCE
PO BOX 860193
MINNEAPOLIS MN 55486-0193

MEDIACOM
12251 265TH ST UNIT A
MASON CITY IA 50401-9405

MEEKER COOP LIGHT & POWER
PO BOX 157
LITCHFIELD MN 55355

MEEKER MEMORIAL
612 SOUTH SIBLEY AVE
LITCHFIELD MN 55355

MESSERLI & KRAMER
3033 CAMPUS DRIVE
SUITE 250
PLYMOUTH MN 55441-2662

MIDLAND FUNDING
2365 NORTHSIDE DR STE 300
SAN DIEGO CA 92108

MIDWEST RECEIVABLE SOL
ATTN: BANKRUPTCY
2323 GULL RD, STE E
KALAMAZOO MI 49048

MIDWEST RECEIVABLE SOLUTIONS
PO BOX 2087
KALAMAZOO MI 49003

MN CHILD SUP
444 LAFAYETTE ROAD
SAINT PAUL MN 55155

MN CHILD SUPPORT PAYMENT CT
PO BOX 64326
SAINT PAUL MN 55164

MN DEPT OF REVENUE
ATTN: DENISE JONES
PO BOX 64447
SAINT PAUL MN 55164

MN ENERGY
PO BOX 3140
MILWAUKEE WI 53201

NATIONAL RECOVERIES
14735 HIGHWAY 65 NE SUITE 100
ANDOVER MN 55304-4886

ONE GEICO PLAZA
BETHESDA MD 20811-0001

PAWN AMERICA
8650 LYNDALE AVE S
MINNEAPOLIS MN 55420

PAWN AMERICA
2550 W DIVISION ST
SAINT CLOUD MN 56301

PAYLIANCE
2 EASTON OVAL SUITE 310
COLUMBUS OH 43219-6011

PAYTEK
PO BOX 10749
MURFREESBORO TN 37129

PCA
PO BOX 99
NEW ULM MN 56073-0099

PORTFOLIO RECOVERY
PO BOX 41021
NORFOLK VA 23541

PROFESSIONAL CREDIT ANALYSTS OF MN
24 N FRONT ST
PO BOX 99
NEW ULM MN 56073

PROFESSIONAL CREDIT ANALYSTS OF MN
POB 99 24 N FRONT ST
NEW ULM MN 56073

PROFESSIONAL SERVICE BUREAU, I
PO BOX 548
ANOKA MN 55303

| | | |
|---|---|---|
| PROGRESSIVE<br>DEPT 0561<br>CAROL STREAM IL 60132-0561 | PROGRESSIVE<br>HOFFS INS SPEC<br>225 BENTON DR STE 214<br>SAUK RAPIDS MN 56379 | RAUSCH,STURM,ISRAEL,ENERSON&H<br>3209 W 76TH ST, SUITE 301<br>MINNEAPOLIS MN 55435 |
| RECEIVABLES MANAGEMENT<br>8937 AZTEC DR STE 100<br>EDEN PRAIRIE MN 55347 | RELIANCE RECOVERIES<br>6160 SUMMIT DRIVE SUITE 440<br>BROOKLYN CENTER MN 55430 | RIDGEVIEW MEDICAL<br>PO BOX 9306<br>MINNEAPOLIS MN 55440 |
| RIDGEVIEW MEDICAL CENTER<br>500 S MAPLE ST<br>WACONIA MN 55387 | RMG SYSTEMS<br>PO BOX 44414<br>EDEN PRAIRIE MN 55344 | RMS<br>PO BOX 361348<br>COLUMBUS OH 43236 |
| S&P LOAN CO<br>600 N PARK AVE<br>PARK RAPIDS MN 56470 | SAM CALVERT<br>1011 2ND ST N SUITE 107<br>SAINT CLOUD MN 56303 | SANFORD HEALTH<br>PO BOX 5070<br>SIOUX FALLS SD 57117 |
| SOUTHPOINT FEDERAL CR<br>920 EAST MAIN STREET<br>SLEEPY EYE MN 56085 | SOUTHPOINT FINANCIAL CREDIT UN<br>1250 MN-15<br>HUTCHINSON MN 55350 | SRC<br>4801 W 81ST ST. H108<br>MINNEAPOLIS MN 55413 |
| STATE FARM<br>PO BOX 680001<br>DALLAS TX 75368 | STATE FARM<br>PO BOX 82542<br>LINCOLN NE 68501 | STATE FARM BANK<br>PO BOX 2316<br>BLOOMINGTON IL 61702 |
| STATE FARM INSURANCE COMPANIES<br>ATTN JODI EGLE N-2<br>3 STATE FARM BANK PLAZA SOUTH<br>BLOOMINGTON IL 61704-9952 | STEWART, ZLIMEN & JUNGERS<br>2860 PATTON ROAD<br>ROSEVILLE MN 55113 | SUBURBAN RADIOLOGIC CONS.<br>4801 W 81ST ST. #108<br>MINNEAPOLIS MN 55437 |
| SURE CHECK BROKERAGE<br>PO BOX 1906<br>SALINA KS 67402-1906 | THE BANK OF ELK RIVER<br>630 MAIN STREET NW<br>ELK RIVER MN 55330 | THE DENTAL EMERGENCY ROOM<br>6545 FRANCE AVE S #681<br>EDINA MN 55435 |
| THE MARKETPLACE<br>PO BOX 657<br>COKATO MN 55321 | THE ROSE LAW FIRM<br>921 MAINSTREET PO BOX 5560<br>HOPKINS MN 55343 | THE UN BANK<br>727 HENNEPIN AVE STE 100<br>MINNEAPOLIS MN 55403 |
| TRS RECOVERY<br>PO BOX 60022<br>CITY OF INDUSTRY CA 91716-0022 | UHAUL<br>105 WASHINGTON AVE E<br>HUTCHINSON MN 55350 | UNLOAN COMPANY<br>478 LEXINGTON PKWY NORTH<br>SAINT PAUL MN 55104 |

VENGROFF WILLIAMS & ASSOCIATES  
PO BOX 4155  
SARASOTA FL 34230

VERIZON  
3601 CONVERSE DRIVE  
WILMINGTON NC 28403

VERLIANCE, INC  
43406 BUSINESS PARK DR  
TEMECULA CA 92590

WHYNOTLEASEIT, LLC  
1750 ELM ST STE 1200  
MANCHESTER NH 03104

WM  
PO BOX 4647  
CAROL STREAM IL 60197

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re  
**Brandon Michael Lee**  
**Jasmine Shania Lee**  
Debtor(s).

Case No. **20-40359**

# SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS  
☐ CHAPTER 13 PLAN  
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS  
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS  
☑ MODIFIED CHAPTER 13 PLAN  
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. [**individual debtors only**] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: 07/08/2020

X _____  
Signature of Debtor1 or Authorized Representative

X _____  
Signature of Debtor 2

**Brandon Michael Lee**  
Printed Name of Debtor 1 or Authorized Representative

**Jasmine Shania Lee**  
Printed Name of Debtor 2