**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Brandon Michael Lee

Jasmine Shania Lee

Case No: 20–40359 – RJK

Debtor(s)

Chapter 13 Case

## ORDER CONFIRMING CHAPTER 13 PLAN AND ALLOWING COMPENSATION

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rules 3015–1 through 3020–3 and Local Form 3015–1, that copies thereof were mailed to creditors, that a meeting of creditors was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

It further appears that the attorney for the debtor(s) filed an application for compensation for preconfirmation services, and that the application conforms to Local Rule 2016–1(d) and Local Form 2016–1(d).

IT IS ORDERED:

1. The plan as filed or as modified is confirmed;
2. Any request of the debtor for termination of the stays in Part 16 of the plan is granted; and
3. The attorney for the debtor(s), William P. Kain, is awarded $3000.00 for total compensation or reimbursement and the trustee is authorized to pay the unpaid balance to the attorney for the debtor(s) as provided in the plan.

Dated: 8/21/20

Robert J Kressel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on August 21, 2020
Lori Vosejpka  Clerk, United States Bankruptcy Court
By: susan Deputy Clerk

**mnbocnf13** 13ocnf 11/27/2017

United States Bankruptcy Court
District of Minnesota

In re:
Brandon Michael Lee
Jasmine Shania Lee
    Debtors

Case No. 20-40359-RJK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: susan     Page 1 of 1     Date Rcvd: Aug 21, 2020
                      Form ID: 13ocnf     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
db/jdb        +Brandon Michael Lee,   Jasmine Shania Lee,   24233 Mn Hwy 15,   Dassel, MN 55325-4302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2020 at the address(es) listed below:
        Kyle Carlson    info@carlsonch13mn.com, barnesvillemn13@ecf.epiqsystems.com
        US Trustee    ustpregion12.mn.ecf@usdoj.gov
        William P. Kain    on behalf of Debtor 2 Jasmine Shania Lee sonjaq@kainscott.com
        William P. Kain    on behalf of Debtor 1 Brandon Michael Lee sonjaq@kainscott.com
                                                                                   TOTAL: 4