# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:

Brandon Michael Lee and
Jasmine Shania Lee,

       Debtors.

Chapter 13
BKY 20-40359

---

# ORDER

---

This case is before the court on the debtors' amended motion to compel turnover of property.

Based on the motion and the file,

IT IS ORDERED:

Davis Motors, Inc. shall turn over to the debtor the 2007 Chevrolet Tahoe titled in the debtors' name.

Dated: November 12, 2020

                                                /e/ Robert J. Kressel

                                                Robert J. Kressel
                                                United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/12/2020*
Lori Vosejpka, Clerk, by LH